IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LONNIE BUTTS, | : | |
| Plaintiff, | : | |
| v. | : | 7:08-CV-7 (WLS) |
| OFFICER WHITE, *et al.*, | : | |
| Defendants. | : | |

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed April 1, 2008. (Doc. 10). It is recommended that Plaintiff's claims against Officer Echoles and Officer White be **DISMISSED**. No objection has been filed to date.[1]

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint (Doc. 2), to the extent it makes claims against Officer Echoles and Officer White is hereby **DISMISSED**.

---

[1] A review of the docket shows that on April 10, 2008, Plaintiff filed a letter addressed to the Court, which does not object to the Report and Recommendation. (Doc. 11). Plaintiff's letter requests information as to the viability of his claims against Officer Bates. The Report and Recommendation filed by Magistrate Judge Hodge does not recommend dismissal of Plaintiff's remaining claim against Officer Bates, therefore, that claim remains pending.

**SO ORDERED**, this _15th_ day of May, 2009.

_____
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT