**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LONNIE BUTTS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:08-CV-7 (HL) |
| | : | |
| **Officer WHITE, et al,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 57) filed December 16, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 61) filed December 22, 2010 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 11th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**